# EXHIBIT G



**彭博商業周刊 / 中文版**
@BloombergBWCN

【快訊】第250期《彭博商業周刊/中文版》7月6日在港、台同步上市。香港各報攤及便利店都有銷售！台灣書店：誠品（全台分店）、金石堂及墊腳石（大台北地區），以及網絡：博客來、Pubu、Konoc和電子書平台HyRead都有銷售！

訂閱網站：bbwhk.net
電郵：bbwhk_cir@modernmedia.com.hk

翻译推文

