# EXHIBIT M

----- Original Message -----
From: Patrick Hillmann <patrick.hillmann@binance.com>
To: JOEL WEBER
CC: conor.c@binance.com, Natalie.McEvoy@slateford.law, hon.ng@binance.com
At: 07/06/22 12:20:39 UTC-04:00

Joel,

I was referred to you by several of your peers on the editorial side of the house. My name is Patrick and I'm Binance's CCO.

We're reaching out regarding the latest escalation in Bloomberg's accusations against Binance emanating from Justina Lee and Max Chafkins article on June 22nd of 2022. While we were extremely upset by the overtly subjective tone and direction of the story as it was first published, we swallowed our pride, learned our lesson from ever offering Bloomberg an exclusive with unprecedented access to our executives like that again, and had moved on.

However, the now formal accusation of us running a "ponzi scheme" as printed in your Asia periodical and marketed across your social media accounts has obviously elevated this well beyond a PR matter.

I have cc'ed Conor Crowley and Natalie McEvoy on our legal team who will take the reins from here.

Best,
Patrick


--
Patrick Hillmann
Chief Communications Officer
**BINANCE**