# EXHIBIT N

**From:** Patrick Hillmann <patrick.hillmann@binance.com>
**Sent:** 07 July 2022 02:16
**To:** Joel Weber <jweber66@bloomberg.net>
**Cc:** Natalie McEvoy <Natalie.McEvoy@slateford.law>; Conor Crowley <conor.c@binance.com>; Hon Ng <hon.ng@binance.com>; kkriegman@bloomberg.net; rshapiro30@bloomberg.net
**Subject:** Re: Bloomberg Accusation of Binance Running a Ponzi Scheme

**EXTERNAL EMAIL**

Thanks for the response, Joel.

A couple of things here:

- Conor and Natalie will be managing this latest escalation with your outlet in Asia. I'll let them follow up here in time.

- The social media posts are still up in multiple places including the Bloomberg Businessweek Facebook page (see attachment) and the cover is featured across multiple websites where the magazine is sold online that I have found. They have now been up for well over 24 hours and promoted aggressively online.

- Regarding the original article written by Justina and Max, it was clearly written to signal to Bloomberg's readers that CZ and its leadership team were engaged in illegal activity and had illicit motivations. Beyond the obscenely edited pictures that were purposely darkened in order to cast our leadership in a villainous light and the subjective embellishments that are recklessly peppered throughout (i.e. "he continued, with a conspiratorial smile") -- the clearest evidence is that your own organization in Asia extrapolated from the story the accusation that we were running a Ponzi scheme. That phrase is used quite effectively on three separate occasions in the article and its intent has clearly been received by your readers. However, I'll leave this to Conor and Natalie to lay out the company's official position. This is no longer simply a matter of reputation damage and is beyond my purview as this company's chief communicator.

We have always had a very open and healthy relationship with Bloomberg and the vast majority of its journalists across the globe. We will never work with Justina or Max again obviously. However, I'd be happy to connect with you once this affair is behind us.

Best,
Patrick

On Wed, Jul 6, 2022 at 6:40 PM Joel Weber (BLOOMBERG/ NEWSROOM:) <jweber66@bloomberg.net> wrote:

> Hi, Patrick: Thanks for the outreach. First of all, I'm sorry to hear you found the original story subjective -- if that's something you'd like to discuss separately, I'm of course happy to do so. Regarding the Chinese edition of Businessweek, which is actually published by Modern Media out of China, my understanding is that they've removed the post from their social accounts and are updating their display language. As you know, the language about which you've written was not included in the original version of the article that we published.
>
> In any event, I would hope you consider the matter resolved based on Modern Media's response to your complaint, but if you see a need to press this issue, you should reach out to Modern Media directly.
>
> Sincerely, Joel Weber
> Editor, Bloomberg Businessweek