# EXHIBIT P

# 袁 家 樂 律 師 行
## YUEN & PARTNERS, Solicitors
商標,專利及外觀設計註冊代理
Agents for Trade Marks, Patents & Registered Design

Room 2507-8, 25th Floor,
China Insurance Group Building,
No.141 Des Voeux Road Central, Hong Kong.
香港中環德輔道中 141 號中保集團大廈 25 樓 2507-8 室

**Partners:**
Ernest K. L. Yuen   袁家樂律師
Clare M. W. Au-Young   歐陽明慧律師

**Consultant:**
Arthur K. F. Fung   馮國輝律師
Joe Y. C. Poon   潘有祥律師

Tel. 電話: (852) 2815 2688      Fax. 傳真: (852) 2541 2088
E-mail 電子郵件: yandp@yuenpartners.com.hk

---

| | | | | |
|---|---|---|---|---|
| Our Reference 本行檔案編號 | : | 01/05/17532/01 | Date 日期 : | 8th July 2022 |
| Your Reference 貴行檔案編號 | : | B0023.01/CS/JB/JA | | |

**Messrs. Slateford**
20 St Andrew Street
London
EC4A 3AG
UK

**BY EMAIL** (the.team@slateford.law)

Dear Sirs,

**Re :   Binance**

We act for Modern Media Company Limited and refer to your letter dated 7 July 2022.

We are given to understand you and/or your client has also issued a similar letter / demand to our client's joint venture partner int eh publication of the Chinese version of Bloomberg Businessweek in Hong Kong and this letter relates to our client only.

Prior to your said letter, our client has been approached by your client's public relations team and had, on a without admission of wrongdoing basis, taken steps to delete the Tweet and Facebook post and recalled the physical publication of the Article within Hong Kong.

Our client is willing to resolve this matter swiftly and amicably and will revert to you with a substantial reply as soon as possible. In the meantime, please without from taking further action.

All our client's rights are reserved.

Yours faithfully,

Yuen & Partners
Copy to: Client