# EXHIBIT Q

正體中文 | NT$ TWD ▾

儲值點數　兌換專區　註冊　下載APP　HyRead One



嗨讀雲端 買書租書@電子書店

電子書/雜誌/ISBN

日治台灣　源起　RBG　原子時間　華燈初上

0　0



首頁 > 雜誌 > 財經商管



PDF　JPG

本書有DRM加密保護，需使用HyRead閱讀軟體開啟

# 彭博商業周刊/中文版 [第250期]:神秘的趙長鵬

點閱：109　　　　我要評分

並列題名：　Bloomberg businessweek

作者：　范榮靖執行副總編輯

出版社：　台灣英文雜誌社

出版年：　2022.07

格式：　PDF,JPG

附註：　中文版

全部刊期

紙本書 NT$ 140
單本電子書
NT$ 140

🛒直接購買

🛒放入購物車

買書送人

訂閱雜誌

PubU

搜尋產品名稱、作者、內文

繁體中文

我要出版

儲值金

登入

購物車

## 分類

依分類瀏覽各種電子書、電子雜誌、影音

首頁

書籍 >

　電子閱讀器

雜誌 >

影音 >

報紙 >

## 更多服務

飽讀

閱讀頻道 >

焦點話題

首頁 / 雜誌 / 財經企管 / 工商企管 / 《彭博商業周刊/中文版》第250期



# 《彭博商業周刊/中文版》第250期

出版 **彭博商業周刊/中文版 / 香港現代傳播**

☆ 追蹤

| | | | |
|---|---|---|---|
| 發行 | 2022/07/06 | 語言 | 繁體中文 |
| 檔案格式 | PDF（適合平板） | 下載選項 | Adobe DRM  |
| 頁數 | 68 | ID | 310182 |

**一般版**
NT$140

**長期訂閱 26期**
NT$2880

? 說明

**所有期數** **彭博商業周刊/中文版共有 208 筆項目**

## 電子書

# NT$140

**結帳再折 NT$21** 剩1天

**購買**

**試看**



購買商品後
下載 app 立即觀看

詳細介紹





簡介



熱銷最高折150 ｜ 夏日清新對策 ｜ 蘋果手機殼7折 ｜ 漫畫全館85折起 ｜ 夏季閱讀開跑！

 

登入｜註冊
會員專區 ˅

購物車

誠品指標 ｜ 食品保健 ｜ 生活日用 ｜ 兒童親子 ｜ 文具潮藝 ｜ 中文出版 ｜ 外文出版 ｜ 美妝保養 ｜ 服飾鞋包 ｜ 休閒戶外 ｜ 3C家電 ｜ 影音 ｜ 品牌旗艦館

首頁 〉 中文出版 〉 雜誌・商業人文 〉 財經時事

中文出版

📢雜誌嚴選 ＋
📌編輯推薦 ＋
📌漫畫圖文85折起 ＋
📌輕小說館79折起 ＋
📌藝術設計79折起 ＋
📌親子教養79折起 ＋
文學 ＋
人文史哲 ＋
心理勵志 ＋
社會科學 ＋
商業財經 ＋



## Bloomberg Businessweek 彭博商業周刊 (中文版), 28期

數量　－　0　＋　大量採購請至團購專區

~~$140~~
9折 **$126**

♡ 收藏　　貨到通知

查詢門市庫存

付款/配送 ˅

博客來 售票網 企業採購 福利平台 海外專館　　　♥ 0 結帳　登入 加入會員 購物金 P點數兌換 會員專區 電子書櫃 線上客服 🌐 繁體







🔊 反詐騙！提醒您「不碰ATM、網銀，不說信用卡資料」 詳情

防疫專區　電子票券　每日簽到　禮物卡　今日66折　天天爆殺

| 全站分類 ⌄ | 請輸入關鍵字 | 全部 ▾ | 🔍 |
|---|---|---|---|

HOT 排毒秘方　角落生物摺紙組　文學藝術79折　哆啦A夢顯微鏡

雜誌　▶　兒童暑期閱讀　曬書市集　新刊　排行榜　贈品附錄　經典珍藏　選誌　索引　中文雜誌　日文雜誌　歐美雜誌　韓文雜誌　雜誌訂閱

幸福超有感！2022曬書市集 雜誌 69元起 5/12-7/28

博客來 ＞雜誌 ＞中文雜誌 ＞財經時事 ＞投資理財 ＞商品介紹



## 彭博商業周刊/中文版 第250期

雜誌名稱：彭博商業周刊/中文版　新出刊請通知我　❓

刊別：雙週刊

出版地區：台灣

語言：繁體中文

出版日期：2022/07/14

定價：~~140元~~

優惠價：**95** 折 **133** 元

 使用購物金最高可抵**100**% 詳情

・上市日期：2022/07/14

運送方式：　臺灣與離島　海外

 可配送點：台灣、蘭嶼、綠島、澎湖、金門、馬祖

可取貨點：台灣、蘭嶼、綠島、澎湖、金門、馬祖

### 即將上市

🛒 可訂購時通知我

我要寫評鑑

分享　f　LINE　🔗

👍 讚 0


CITI 全卡友 滿額最高 送$600　$1500
新戶 博客來限定
7/31前滿額加碼

訂閱　各期

2022 7月 金石堂強力推薦



請輸入關鍵字

 

登入/註冊

0

Atome是什麼　抽拍立得　結帳77折　安倍晉三　李俊昊　哈利波特　吳淡如

中文書　金日acg　英文書　雜誌　MOOK　電子書　文具　玩具親子　3C　家電　居家休閒　日用食品　動漫/影音　售票



# 彭博商業周刊中文版2022第250 期

**95** 折　**133** 元　~~140 元~~

金幣最高 **5** 倍回饋　可100%折抵　∨

HAPPY GO享**100**累**1**點　**4**點抵**1**元　折抵無上限

分類：　雜誌　＞　財經企管　＞　企業管理　＞　企業管理　　追蹤分類　　?

出版日：2022/7/14

配送方式：

| 台灣 | 國內宅配：本島、離島<br>到店取貨  不限金額免運費 | 海外 | 國際快遞：全球<br>到店取貨(港澳)：   |
|---|---|---|---|



寫評價

🔔 上市通知我

將於 2022/07/14 開賣

