UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF CHANGPENG ZHAO FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | **ORDER**<br><br>22-MC-0195 (LAK) (KHP) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed in the March 27, 2023 conference, the parties shall file a finalized protective order with the Court by **April 10, 2023**. The Respondent shall produce documents by no later than 30 days after the protective order is signed, and the parties shall file a joint status letter confirming all documents were exchanged.

Dated: March 27, 2023
 New York, New York

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

1