USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
Changpeng Zhao,

                Plaintiff,

v.

Bloomberg L.P., et al.,

                Defendants.
------------------------------- x

22-MC-195 (LAK)(KHP)

## ORDER

The Clerk of Court shall close this case.

Dated: January 14, 2025

                                              Lewis A. Kaplan
                                           United States District Court